454 A.2d 985

AMERICAN HARDWARE MUTUAL INSURANCE COMPANY,

v.

Louis P. SILVESTRI and Helen Silvestri, his wife, Appellants,

and

American Arbitration Association.

Supreme Court of Pennsylvania.

Argued Oct. 27, 1982.

Decided Dec. 30, 1982.

Garland D. Cherry, Jr., and Dale A. Betty, Media, for appellant.

Charles J. Bogdanoff, Jeffrey J. Coble, Media, for appellee.

Before O'BRIEN, C.J., and ROBERTS, NIX, LARSEN, FLAHERTY and McDERMOTT, JJ.

## ORDER

PER CURIAM:

Order of the Superior Court affirmed. 300 Pa.Super. 1, 445 A.2d 1269. See *Davis v. Government Employees Ins. Co.,* 500 Pa. 84, 454 A.2d 973 (1982).

HUTCHINSON, J., did not participate in the consideration or decision of this case.

LARSEN, J., files a dissenting opinion in which FLAHERTY, J., joins.

LARSEN, Justice, dissenting.

For the reasons set forth in my dissenting opinion in *Davis v. Government Employees Insurance Company,* 500 Pa. 84, 454 A.2d 973 (1982), I dissent.

FLAHERTY, J., joins in this dissenting opinion.